# FILED

04/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Flathead County Justice Center
920 South Main
Kalispell, MT 59901
(406) 758-5667

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, <br><br> *Consolidated Cases* <br><br> (ROBINSON INSULATION COMPANY RECEIVERSHIP) | Cause No. AC 17-0694 <br><br> ORDER DENYING MOTION FOR AMENDED RECEIVERSHIP ORDER |

Libby Plaintiffs represented by McGarvey, Heberling, Sullivan and Lacey, P.C., by and through their counsel, with the concurrence of Nancy Gibson, Receiver for Robinson Insulation Company (Robinson), have moved the Court to amend this Court's March 23, 2018, Order, creating a receivership for Robinson Insulation Company, and extend the receivership over the insurance coverage for Grogan Robinson Lumber Company.

There are no pending claims against Grogan Robinson Lumber Company, Grogan Robinson Lumber Company is not a party to any of these proceedings, and the Court will not exercise its jurisdiction under these circumstances.

DATED and ELECTRONICALLY SIGNED AS NOTED BELOW.

4/17/2020

/s/ Amy Eddy

_____

Amy Eddy, Asbestos Claims Court Judge